## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MN AIRLINES, LLC d/b/a SUN COUNTRY AIRLINES | ) Case No. 08-35197 (RJK) |
| | ) |
| Debtor. | ) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fruman Jacobson, Carole Neville, and Michael Carney of the law firm of Sonnenschein Nath & Rosenthal LLP, hereby appear in the above-captioned bankruptcy cases as proposed counsel for the Official Committee of Unsecured Creditors of MN Airlines LLC d/b/a Sun Country Airlines (the "Committee") and request that they be added to the mailing list maintained by the Clerk in the case, and that all notices given or required to be given in this case and all papers served, or required to be served in this case be given to, and served upon Committee, be addressed as set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by e-mail, mail, hand delivery, facsimile, or telephone, all of which shall be sent to:

> Fruman Jacobson, Esq.
> Sonnenschein Nath & Rosenthal LLP
> 7800 Sears Tower
> 233 South Wacker Drive
> Chicago, Illinois 60606-6404
> Telephone: (312) 876-8000

        Facsimile:  (312) 876-7934
        Email:  fjacobson@sonnenschein.com

        - and -

        Carole Neville, Esq.
        Michael Carney, Esq.
        Sonnenschein Nath & Rosenthal LLP
        1221 Avenue of the Americas
        New York, New York 10020-1089
        Telephone:  (212) 768-6700
        Facsimile:  (212) 768-6800
        Email:  cneville@sonnenschein.com

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

17624722\V-1

| | |
|---|---|
| Dated: October 20, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | |
| | Fruman Jacobson (ARDC No. 1315846) |
| | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | 7800 Sears Tower |
| | 233 South Wacker Drive |
| | Chicago, Illinois 60606-6404 |
| | Telephone: (312) 876-8000 |
| | Facsimile: (312) 876-7934 |
| | Email: fjacobson@sonnenschein.com |
| | |
| | - and - |
| | |
| | Carole Neville (CN 5733) |
| | Michael Carney (MC 1977) |
| | 1221 Avenue of the Americas |
| | New York, New York 10020-1089 |
| | Telephone: (212) 768-6700 |
| | Facsimile:  (212) 768-6800 |
| | Email: cneville@sonnenschein.com |
| |       mcarney@sonnenschein.com |
| | |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors of MN Airlines, LLC d/b/a Sun Country Airlines* |
| | |
| | - and - |
| | |
| | SPENCE, RICKE, SWEENEY & GERNES, P.A. |
| | |
| | By:   /e/ Larry B. Ricke |
| | Larry B. Ricke (121800) |
| | Suite 600 Degree of Honor Building |
| | 325 Cedar Street |
| | St. Paul, Minnesota 55101 |
| | Telephone: (651) 292-3358 |
| | Facsimile: (651) 223-8003 |
| | Email: rickel@srsg.net |
| | |
| | *Proposed Local Counsel to the Official Committee of Unsecured Creditors of MN Airlines, LLC d/b/a Sun Country Airlines* |

3

17624722\V-1