UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                          ORDER APPROVING
                                                EMPLOYMENT OF ATTORNEYS

MN Airlines, LLC,                               BKY 08-35197

       Debtor.
_____

At Minneapolis, Minnesota, November 20, 2008.

      Based on the application filed on November 17, 2008, by the debtor in possession pursuant to 11 U.S.C. § 327(e);

      IT IS ORDERED:

      1.  The employment by the debtor in possession of Troutman Sanders LLP, as special counsel for the debtor in possession in all matters pertaining to existing and future aircraft and aircraft components, including leases and other financings, guarantees and other security measures, the acquisition and disposition of aircraft and components, and liens, claims, and other rights pertaining to aircraft is approved.

      2.  Fee applications by Troutman Sanders LLP, may be heard on 90-day intervals from commencement of the case.

      3.  The debtor are authorized to pay monthly invoices of Troutman Sanders LLP, under the procedures in Instruction No. 8(c)

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/20/2008*
Lori Vosejpka, Clerk, by LMH

of the Instructions for Filing a Chapter 11 Case, adopted by this court effective January 27, 2003.

                          /e/ Robert J. Kressel_____
                          ROBERT J. KRESSEL
                          UNITED STATES BANKRUPTCY JUDGE