UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

MN Airlines, LLC,                          ORDER APPROVING
d/b/a Sun Country Airlines,                EMPLOYMENT OF ATTORNEY

        Debtor.                     BKY 08-35197
_____

At Minneapolis, Minnesota, February 12, 2010.

      Based on the application filed on February 10, 2010, by the debtor in possession pursuant to 11 U.S.C. § 327(e);

      IT IS ORDERED:

      1.   The employment by the debtor in possession of Briggs and Morgan, P.A., as special counsel in all matters pertaining to the objection to the claim of Deborah Beck is approved.

      2.   Fee applications by Briggs and Morgan, P.A., may be heard on 90-day intervals from commencement of the case.

      3.   The debtor are authorized to pay monthly invoices of Briggs and Morgan, P.A., under the procedures in Instruction No. 8(c) of the Instructions for Filing a Chapter 11 Case, adopted by this court effective January 27, 2003.

                                         /e/ Robert J. Kressel
                                       _____
                                       ROBERT J. KRESSEL
                                       UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/12/2010*
Lori Vosejpka, Clerk, by LMH