Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: ) CHAPTER 11
)
MN AIRLINES, LLC ) Case No. 08-35197
dba SUN COUNTRY AIRLINES, )
) **NOTICE OF TRANSFER OF CLAIM**
Debtor ) **OTHER THAN FOR SECURITY AND**
) **WAIVER OF NOTICE**
)
) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **DUBBS & O'MEARA INC** ("Transferor") against the Debtor in the amount of **$3,375.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than **$3,375.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**DUBBS & O'MEARA INC**
**PO BOX 578  LONG LAKE MN 55356-0578**

Print Name _MARY M O'MEARA_ Title _President/Owner_

Signature _Mary M. O'Meara_ Date _4-16-10_

Updated Address (if needed) _____

Phone _952 476 1173_ Fax _952 476 1194_ E-Mail _dubbsandomeara@yahoo.com_

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _Andrew Whatnall_
Andrew Whatnall

Mail Ref# 1-338
2677107