B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

In re  MN Airlines, LLC                    ,          Case No.  08-35197

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| John T. Beling | Estate of John H. Beling |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 John T. Beling
 801 8th Street, Farmington, MN 55024

Court Claim # (if known): _____
Amount of Claim:  7,795.36
Date Claim Filed: _____

Phone:  (651) 757-7663
Last Four Digits of Acct #: _____

Phone:  (651) 757-7663
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Beling                         Date:  8-5-10
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Cooper Law Firm, Ltd.

26437 Galaxie Avenue South
Farmington, MN 55024-9229
Carol Sheppard Cooper, Attorney at Law
Phone: (651) 460-2056
Fax: (651) 294-1038

August 5, 2010

Clerk of Court
US Bankruptcy Court, District of Minnesota
200 Warren E. Burger Federal Building and
U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: Case No. 08-35197

Dear Clerk:

    Enclosed herewith please find Transfer of Claim in the above-referenced proceedings. Should you have any questions regarding this, please contact me.

                                  Very truly yours,

                                  Carol S. Cooper

Enc.
cc: John T. Beling