B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

In re: MN Airlines, LLC d/b/a Sun Country Airlines, Jointly Administered,     Case No. 08-35197

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Creditor Liquidity, LP | TEMPO CREATIVE CONSULTANTS |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

TEMPO CREATIVE CONSULTANTS
17410 MINNETONKA BLVD #103
MINNETONKA, MN 55345
Phone: _____
Court Claim # (if known)  186
Amount of Claim: $876.25
Date Claim Filed:  2/24/2009

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor                         Date:  8/16/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

<u>TEMPO CREATIVE CONSULTANTS</u> ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of <u>$876.25</u> as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against <u>MN Airlines, LLC d/b/a Sun Country Airlines</u>, in the United States Bankruptcy Court, District of Minnesota ("the Court"), <u>Case no. 08-35197</u> or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 13 day of Aug, 2010

By: _/s/ Jodie Tanaka_
(Signature of Authorized Party)

Tempo Creative Consultants
(Company Name)

JODIE TANAKA
(Print name of Authorized Party)


By: _/s/ Robert J. Tannor_
Robert J. Tannor

Creditor Liquidity, LP

914-514-8300
(Telephone Number)