# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>MN AIRLINES, LLC d/b/a<br><br>SUN COUNTRY AIRLINES, et al.<br><br>Debtors. | Chapter 11<br><br>Case No.: 08-35197 (RJK)<br><br>Jointly Administered<br><br>TRANSFER OF CLAIM<br>BANKRUPTCY RULE 3001(E)(1) |

PLEASE TAKE NOTICE that the Claim of SPIRIT AEROSYSTEMS INC (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $525.00, as filed by the creditor and all general unsecured claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery V LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $525.00 and has not been previously objected to, sold, or satisfied. Other than as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: SPIRIT AEROSYSTEMS INC

Print Name: Rex L. Roney    Title: Credit Manager
Signature: [signed]    Date: Aug 24, 2010
Corrected Address (if req.) _____
Phone: 316-208-4206    E-Mail: rex.roney@spiritaero.com

TRANSFEREE:

United States Debt Recovery V LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director

8.10.10 003 KL V GU Mailing 08.11.10

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>MN AIRLINES, LLC d/b/a<br><br>SUN COUNTRY AIRLINES, et al.<br><br>Debtors. | Chapter 11<br><br>Case No.: 08-35197 (RJK)<br><br>Jointly Administered<br><br>**TRANSFER OF CLAIM**<br>**BANKRUPTCY RULE 3001(E) (1)** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E) (1)**

**Name of Proposed Transferor:**
Spirit Aerosystems, Inc.
3801 South Oliver Street
Wichita, KS 67210

**Name of Transferee:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
200 Warren E. Burger Federal Building and
U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk