# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re

MN AIRLINES, LLC d/b/a
SUN COUNTRY AIRLINES,

           Debtor.

Case No. 08-35197 (RJK)

## ORDER

This case is before the court on the committee of unsecured creditors' motion for an order authorizing it to pursue claims on behalf of the estate of the debtor. Based on the motion and the file,

**IT IS ORDERED**:

The committee's motion to pursue claims on behalf of the estate of the debtor is denied.

Dated: January 27, 2011

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/27/2011
Lori Vosejpka, Clerk, by LMH