UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

MN AIRLINES, LLC                                    Case No. 08-35197
dba SUN COUNTRY AIRLINES,                           Chapter 11

       Debtor.

In re:

MN AIRLINE HOLDINGS, INC.,                          Case No. 08-35198
                                                    Chapter 11
       Debtor.

### NOTICE OF HEARING AND AMENDED MOTION TO IMPLEMENT CONFIRMED PLAN

1.  MN Airlines, LLC dba Sun Country Airlines and MN Airline Holdings, Inc. ("Debtor"), through its undersigned attorneys, moves the court for the relief requested below and gives notice of hearing.

2.  The court will hold a hearing on this motion at **10:30 a.m. on February 16, 2011,** before the Honorable Robert J. Kressel, Courtroom 8 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

3.  Any response to this motion must be filed and served not later than **February 15, 2011**, which is the day before the time set for the hearing. **Unless a response opposing the motion is timely filed, the Court may grant the motion without a hearing.**

4.  This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This matter is a core proceeding. The petition commencing this case was filed on October 6, 2008 (the "Filing Date"). This case is now pending before this Court. The Debtors' Second Modified Plan (the "Second Plan") was

confirmed by order of the Court dated September 10, 2010.

5.  This motion arises under 11 U.S.C. §1142. This motion is filed under Bankruptcy Rules 2002, 9013 and 9014 and Local Rule 9013. Debtor seeks an order to implement the Second Plan.

6.  After the Second Plan was confirmed, the Debtors undertook to submit to the United States Department of Transportation ("DOT") the information necessary to obtain approval of the new equity structure of the Debtors. U.S. law requires that foreign interests hold less than 25% of the voting equity of a domestic airline such as Sun Country. One of the White Box Interests, as defined in the Second Plan, is Sun Minnesota Foreign Holdings, LLC, which is entitled to a distribution of New Common Stock under the Second Plan.

7.  The process of submitting the necessary information to DOT has been time consuming and difficult. The cooperation of White Box has been required. They have taken the position that the information requested is confidential and have not been willing to provide it to the Debtors. Some information has been provided to DOT through Washington counsel. While the Debtors believed all necessary information had been provided when the original motion was filed, the Debtors were not privy to the information and could not be certain that DOT's requirements had been satisfied. DOT has recently advised the Debtors that additional information is necessary regarding the White Box entities and its review of the carrier's citizenship is ongoing.

8.  Section 10.1 of the Second Plan provides that the plan becomes effective only upon the occurrence of enumerated conditions precedent, all of which have occurred or will occur on the Effective Date except the following:

> "The Debtors or the Reorganized Debtors, as applicable, shall have obtained all governmental and other regulatory approvals or rulings that may be necessary for

consummation of the Plan or that are required by law, regulation or order."

While it is true that ultimate ownership of the Debtors is subject to review by DOT, the approval or ruling prior to plan implementation is not necessary since any violation of the foreign ownership rules could be corrected by other means, such as distribution of New Common Stock to a White Box Interest that is not foreign owned.

9.  The delay in implementation of the Second Plan has caused the Debtors and creditors substantial harm.  The Debtors have not been able to take advantage of fuel hedging opportunities, have not been able to renegotiate their credit card contracts to remove chapter 11 conditions, and have not been able to enter into interline agreements with other carriers which would be available once the plan is effective.  In addition, certain legal and other professional fees which will cease on the Effective Date continue to accrue.  Creditors have been pressing the Debtors for their cash distributions under the plan.  The prejudice to them caused by the delay is obvious.

10. In addition, under the section 10.4 of the Second Plan, if the Effective Date has not occurred by March 9, 2011, 180 days after the confirmation order, the confirmation order will be vacated and the Debtors will be required to submit another plan.  That alternative would be very undesirable to the Debtors and the substantial majority of creditors who voted in favor of the Second Plan.

11. The Debtors previously filed this motion to confirm the Third Plan in order to deal with the problems outlined above.  Since then, the Debtors have received input from the Sun Entities and DOT that results in this Amended Motion.  Moreover, subject to court approval in other cases, the Sun Entities and the Petters Interests have reached a settlement of the differences between them concerning the distributions to be made under the Second Plan.  Court approval of

that settlement will result in dismissal of the appeal of the order confirming the Second Plan.

12. Under section 1142(b) of the Bankruptcy Code, the Debtors request entry of an order permitting the plan to go effective subject to withholding distribution of the New Common Stock otherwise distributable to Sun Minnesota Foreign Holdings, LLC and Sun Minnesota Domestic Holdings, LLC (the "Escrowed Shares") pending DOT approval, provided that until such approval is obtained, Whitebox Advisors, LLC may direct the sale or transfer of the Escrowed Shares to any other party acceptable to DOT as provided in the proposed order.

13. Since no aspect of the Second Plan has been implemented, it certainly has not yet been substantially consummated. The Debtors submit that modification of the plan to remove the condition precedent related to DOT approval as provided above is justified by the circumstances. Such a change will not affect DOT's jurisdiction or process. It will simply permit the Debtors and other parties in interest to proceed with implementation of the plan in all respects except that aspect that may concern DOT.

14. If necessary, the Debtors will call Stanley Gadek, the Debtors' CEO, and John Fredericksen, the Debtors' Vice President and General Counsel, in support of this motion.

WHEREFORE, the Debtors request that the Court enter an order to aid in implementation of the Second Plan as provided herein and award such other relief as the Court deems just and equitable.

Dated: February 11, 2011　　　　　　　　　　RAVICH MEYER KIRKMAN
　　　　　　　　　　　　　　　　　　　　　　McGRATH NAUMAN & TANSEY
　　　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL ASSOCIATION

　　　　　　　　　　　　　　　　　　　　　　By: /e/ Michael L. Meyer (72527)

　　　　　　　　　　　　　　　　　　　　　　4545 IDS Center, 80 South Eighth Street
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　(612) 332-8511
　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEBTOR

## VERIFICATION

I, John S. Fredericksen, Debtor's Vice President and General Counsel, declare under penalty of perjury that the facts set forth in the foregoing Notice of Hearing and Amended Motion to Implement Confirmed Plan, are true and correct according to the best of my knowledge, information and belief.

Executed on: February 11, 2011

_____
John S. Fredericksen

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

MN AIRLINES, LLC                                   Case No. 08-35197
dba SUN COUNTRY AIRLINES,                          Chapter 11

                Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Michael L. Meyer, declare under penalty of perjury that on February 11, 2011, copies of Debtor's:

1. Notice of Hearing and Amended Motion to Implement Confirmed Plan; and
2. Proposed Order to Implement Confirmed Plan;

were served by sending to each party a copy thereof as noted on the attached Service List.

Dated: February 11, 2011                /e/ Michael L. Meyer, #72527

\\rmk\rmkcommon$\home\Lori\WPDATA\41544 SUN COUNTRY\Sun Country\Bank\confirm mod plan(3)-unsworn.doc

ELECTRONIC
SUN MINNESOTA DOMESTIC/FOREIGN LLC (UCC)
C/O WHITEBOX ADVISORS LLC
ATTN MICHAEL WIETECKI
3033 EXCELSIOR BLVD   STE 300
MINNEAPOLIS MN 55416-4675

ELECTRONIC (UCC)
MENZIES AVIATION
ATTN JAMES H ARMSTRONG
OR OFFICER, MANAGING OR GENERAL AGENT
OR OTHER PERSON AUTHORIZED TO ACCEPT SERVICE
8505 FREEPORT PARKWAY   STE 100
IRVING TX 75063

HALLMARK AVIATION SERVICES (UCC)
ATTN JIM CHAPPELL
OR OFFICER, MANAGING OR GENERAL AGENT
OR OTHER PERSON AUTHORIZED TO ACCEPT SERVICE
5757 W CENTURY B2   STE 860
LOS ANGELES CA 90045

ELECTRONIC (UCC)
AIRLINE PILOTS ASSOCIATION
ATTN CAPTAIN TERRENCE A MATSON
OR OFFICER, MANAGING OR GENERAL AGENT
OR OTHER PERSON AUTHORIZED TO ACCEPT SERVICE
2000 PINE RIDGE DRIVE
WEST ST PAUL MN 55118

ELECTRONIC (UCC)
ELEVEN TWENTY LIMITED
ATTN WILLIAM PAWLYSHYN, PRESIDENT
OR OFFICER, MANAGING OR GENERAL AGENT
OR OTHER PERSON AUTHORIZED TO ACCEPT SERVICE
3700 FAIRWAY DRIVE
WOODBURY MN 55125

ELECTRONIC
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O FRUMAN JACOBSON
SONNENSCHEIN NATH & ROSENTHAL LLP
233 SOUTH WACKER DRIVE   STE 7800
CHICAGO IL 60606-6404

ELECTRONIC
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O CAROLE NEVILLE
SNR DENTON US LLP
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1089

ELECTRONIC
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O LARRY B RICKE
SPENCE RICKE SWEENEY & GERNES PA
325 CEDAR STREET   STE 600
ST PAUL MN 55101

ELECTRONIC
SABRE INC
C/O STEPHEN C STAPLETON
DYKEMA GOSSETT PLLC
1717 MAIN STREET   STE 2400
DALLAS TX 75201

ELECTRONIC
SARAH J WENCIL
UNITED STATES TRUSTEE
1015 U S COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

MINN DEPT OF REVENUE
COLLECTION ENFORCEMENT
551 BANKRUPTCY / P O 64447
ST PAUL MN 55164

INTERNAL REVENUE SERVICE
ATTN SPECIAL PROCEDURES
WELLS FARGO PL STOP 5700
30 EAST SEVENTH
ST PAUL MN 55101

IRS DISTRICT COUNSEL
650 GALTIER PLAZA
380 JACKSON STREET
ST PAUL MN 55101

US ATTORNEY
600 U S COURHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

ELECTRONIC
MN AIRLINES LLC dba SUN COUNTRY AIRLINES
ATTN JOHN FREDERICKSEN
1300 MENDOTA HEIGHTS ROAD
MENDOTA HEIGHTS MN 55120

ELECTRONIC
AIRLINE PILOTS ASSOCIATION
C/O THOMAS G WALLRICH AND JOEL D NESSET
HINSHAW & CULBERTSON LLP
333 SOUTH SEVENTH STREET   STE 2000
MINNEAPOLIS MN 55402

ELECTRONIC
AIRLINE PILOTS ASSOCIATION
C/O PETER D DeCHIARA AND RICHARD M SELTZER
COHEN WEISS AND SIMON LLP
330 WEST 42ND STREET   25TH FLOOR
NEW YORK NY 10036-6976

ELECTRONIC
U S DEPARTMENT OF TRANSPORTATION
ATTN DAMON WALKER
damon.walker@dot.gov

ELECTRONIC
INTL LEASE FINANCE CORPORATION
ATTN GORDON B CONN JR
AND CAROLE CLARK ISAKSON
KALINA WILLS GISVOLD & CLARK PLLP
6160 SUMMIT DRIVE   STE 560
MINNEAPOLIS MN 55430

ELECTRONIC
TARRANT COUNTY
C/O ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET   STE 1600
DALLAS TX 75201

ELECTRONIC
ACORN CAPITAL GROUP LLC
C/O DANIEL C BECK
WINTHROP & WEINSTINE PA
225 SOUTH SIXTH STREET   STE 3500
MINNEAPOLIS MN 55402-4629

ELECTRONIC
ACORN CAPITAL GROUP LLC
C/O CHRISTOPHER A CAMARDELLO
WINTHROP & WEINSTINE PA
225 SOUTH SIXTH STREET   STE 3500
MINNEAPOLIS MN 55402 ELECTRONIC

UNITED STATES OF AMERICA
C/O ANDREA HOROWITZ HANDEL
U S DEPT OF JUSTICE / CIVIL DIVISION
P O OFFICE BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044

ELECTRONIC
UNITED STATES OF AMERICA
C/O ROYLENE A CHAMPEAUX
600 U S COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

ELECTRONIC
METROPOLITAN AIRPORTS COMMISSION
C/O CONNIE A LAHN
FAFINSKI MARK & JOHNSON PA
400 FLAGSHIP CORPORATE CENTER
775 PRAIRIE CENTER DRIVE
EDEN PRAIRIE MN 55344

ELECTRONIC
US BANK NATIONAL ASSOCIATION
C/O STEVEN J HEIM
DORSEY & WHITNEY LLP
50 SOUTH SIXTH STREET   STE 1500
MINNEAPOLIS MN 55402-1498

ELECTRONIC
GREATER ORLANDO AVIATION AUTHORITY
C/O ROY S KOBERT
BROAD AND CASSEL
390 N ORANGE AVENUE   STE 1400
ORLANDO FL 32801

ELECTRONIC
BUDDY'S KITCHEN INC
C/O MICHAEL M GAVIN
GAVIN OLSON WINTERS & TWISS LTD
1017 HENNEPIN AVENUE
GLENCOE MN 55336

ELECTRONIC
DENVER INT'L AIRPORT
C/O DOUGLAS JESSOP / J BRIAN FLETCHER
JESSOP & COMPANY PC
303 EAST 17TH AVENUE #930
DENVER CO 80203

ELECTRONIC
DENVER INT'L AIRPORT
C/O LEE MARABLE
AIRPORT LEGAL SERVICES
8500 PENA BLVD   STE 9810
DENVER CO 80249

ELECTRONIC
C I T LEASING CORPORATION
C/O THOMAS J LALLIER
FOLEY & MANSFIELD PLLP
250 MARQUETTE AVENUE   STE 1200
MINNEAPOLIS MN 55401

ELECTRONIC
C I T LEASING CORPORATION
C/O MICHAEL EDELMAN / JOHN KARESH
VEDDER PRICE PC
1633 BROADWAY 47TH FLOOR
NEW YORK NY 10019

ELECTRONIC
GRAPEVINE-COLLEYVILLE ISD/CITY OF GRAPEVINE
C/O ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
P O BOX 13430
ARLINGTON TX 76094-0430

ELECTRONIC
AIR BP (DIV OF BP PRODUCTS NO AMERICA)
C/O JAMES CARR / JENNIFER CHRISTIAN
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK NY 10178

ELECTRONIC
FREESTONE LOW VOLATILITY PARTNERS LP
C/O R FLEISCHER/ J SHEPARD
PRYOR CASHMAN LLP
410 PARK AVENUE
NEW YORK NY 10022

ELECTRONIC
FREESTONE LOW VOLATILITY QUALIFIED PARTNERS LP
C/O R FLEISCHER/ J SHEPARD
PRYOR CASHMAN LLP
410 PARK AVENUE
NEW YORK NY 10022

ELECTRONIC
DARYLE L UPHOFF
LINDQUIST & VENNUM PLLP
4200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS MN 55402-2205

ELECTRONIC
DOUGLAS KELLEY PETTERS TRUSTEE
C/OJAMES A LODOEN
LINDQUIST & VENNUM PLLP
80 SOUTH EIGHTH ST   STE 4200
MINNEAPOLIS MN 55402-2205

ELECTRONIC(ECF)
UCC OF PETTERS AVIATION LLC
C/O ALLEN I SAEKS
LEONARD STREET AND DEINARD
150 SOUTH FIFTH STREET STE 2300
MINNEAPOLIS MN 55402

ELECTRONIC
UCC OF PETTERS AVIATION LLC
C/O ROBERT T KUGLER
LEONARD STREET AND DEINARD
150 SOUTH FIFTH STREET STE 2300
MINNEAPOLIS MN 55402

ELECTRONIC
UCC OF PETTERS AVIATION LLC
C/O JACOB B SELLERS
LEONARD STREET AND DEINARD
150 SOUTH FIFTH STREET STE 2300
MINNEAPOLIS MN 55402

ELECTRONIC
HARRIS COUNTY
C/O JOHN P DILLMAN
LINEBARGER GOGAN BLAIR & SAMPSON LLP
P O BOX 3064
HOUSTON TX 77253-3064

ELECTRONIC
AMERICAN EXPRESS
C/O JOSHUA DIVACK
HAHN & HESSEN LLP
488 MADISON AVENUE
NEW YORK NY 10022

ELECTRONIC
COUNTY OF RIVERSIDE, CALIFORNIA
C/O MARTHA E. ROMERO
ROMERO LAW FIRM
BMR PROFESSIONAL BLDG.
6516 BRIGHT AVENUE
WHITTIER, CA 90601

ELECTRONIC
EXPEDIA INC
C/O MICHAEL J GEARIN
K&L GATES LLP
925 FOURTH AVENUE   STE 2900
SEATTLE WA 98104-1158

ELECTRONIC
ELITE LANDINGS LLC
C/O JAMES A RUBENSTEIN / CASS WEIL
MOSS & BARNETT PA
90 SOUTH SEVENTH STREET   STE 4800
MINNEAPOLIS MN 55402-4129

ELECTRONIC
PETTERS AVIATION LLC
C/O JAMES A RUBENSTEIN / CASS WEIL
MOSS & BARNETT PA
90 SOUTH SEVENTH STREET   STE 4800
MINNEAPOLIS MN 55402-4129

ELECTRONIC
HOST INTERNATIONAL INC
C/O KATHY BAILEY
BAILEY LAW GROUP PC
1615 L STREET NW STE 1350
WASHINGTON DC 20036

ELECTRONIC
MISSOURI DEPT OF REVENUE
C/O STEVEN A GINTHER
GENERAL COUNSELS OFFICE
301 W HIGH STREET ROOM 670
P O BOX 475
JEFFERSON CITY MO 65105-0475

ELECTRONIC
IRON MOUNTAIN INFORMATION MGMT INC
C/O FRANK F McGINN
BARTLETT HACKETT FEINBERG PC
155 FEDERAL STREET 9TH FLOOR
BOSTON MA 02110

ELECTRONIC
TRAVELOCITY.COM LP
C/O WESLEY T. GRAHAM
HENSON & EFRON, P.A.
220 S SIXTH STREET, SUITE 1800
MINNEAPOLIS MN 55402-4503

ELECTRONIC
TRAVELOCITY.COM LP
C/O STEPHEN C STAPLETON
DYKEMA GOSSETT PLLP
1717 MAIN STREET, SUITE 2400
DALLAS TX 75201

ELECTRONIC
HONEYWELL INTERNATIONAL INC
C/O DAVID M POITRAS
JEFFER MANGELS BUTLER & MARMARO, LLP
1900 AVENUE OF THE START, 7TH FLOOR
LOS ANGELES CA 90067

ELECTRONIC
HONEYWELL INTERNATIONAL INC
C/O CHRISTOPHER A CAMARDELLO
WINTHROP & WEINSTINE PA
225 SOUTH SIXTH STREET   STE 3500
MINNEAPOLIS MN 55402

ELECTRONIC
SAN DIEGO COUNTY REGIONAL A/P AUTHORITY
ATTN EDWARD A CAHILL, ASST GEN COUNSEL
3225 NORTH HARBOR DRIVE
SAN DIEGO CA 92101

ELECTRONIC
CITY AND COUNTY OF DENVER
ATTN EUGENE J KOTTENSTETTE
OR OFFICER, MANAGING OR GENERAL AGENT
OR OTHER PERSON AUTHORIZED TO ACCEPT SERVICE
201 WEST COLFAX AVENUE DEPT 1207
DENVER CO 80202

ELECTRONIC
AMERICAN AIRLINES INC
ATTN KWANYU HELEN YU
OR OFFICER, MANAGING OR GENERAL AGENT
OR OTHER PERSON AUTHORIZED TO ACCEPT SERVICE
P O BOX 619616   MD 5675
DALLAS/FT WORTH AIRPORT TX 75261-9616

ELECTRONIC
PETER MITCHELL, JOINT PROVISIONAL LIQUIDATOR
OF STEWARDSHIP CREDIT ARBITRAGE FUND LTD
C/O MACKENZIE L SHEA / K&L GATES LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON MA 02111

ELECTRONIC
PETER MITCHELL, JOINT PROVISIONAL LIQUIDATOR
OF STEWARDSHIP CREDIT ARBITRAGE FUND LTD
C/O CHARLES A DALE III / K&L GATES LLP
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON MA 02111

ELECTRONIC
SUN MINNESOTA FOREIGN/DOMESTIC HOLDINGS
C/O JOHN B ORENSTEIN
ROSS & ORENSTEIN LLC
100 SOUTH FIFTH STREET   STE 1200
MINNEAPOLIS MN 55402

ELECTRONIC
ASSET BASED RESOURCE GROUP INC
C/O MICHAEL A ROSOW
WINTHROP & WEINSTINE PA
225 SOUTH SIXTH STREET   STE 3500
MINNEAPOLIS MN 55402-4629

ELECTRONIC
RANDALL L SEAVER, TRUSTEE OF PETTERS CAPITAL
C/O RENEE C RUBISH / CHARLES W RIES
MASCHKA RIEDY & RIES
201 NORTH BROAD STREET   STE 200
P O BOX 7
MANKATO MN 56002-0007

ELECTRONIC
T JAY SALMEN
C/O TIMOTHY D MORATZKA
MACKALL CROUNSE & MOORE PLC
901 MARQUETTE AVENUE   STE1400
MINNEAPOLIS MN 55402

ELECTRONIC
CLAIMS RECOVERY GROUP LLC
ATTN ALLISON R AXENROD
92 UNION AVENUE
CRESSKILL NJ 07626

ELECTRONIC
SUN MINNESOTA FOREIGN/DOMESTIC HOLDINGS
C/O STEPHEN M. MERTZ, ESQ.
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

MN AIRLINES, LLC                                             Bky. Case No. 08-35197
dba SUN COUNTRY AIRLINES,                         Chapter 11

      Debtor.

In re:

MN AIRLINE HOLDINGS, INC.,                          Bky. Case No. 08-35198
                                                                                  Chapter 11
      Debtor.

## ORDER TO IMPLEMENT CONFIRMED PLAN

Upon the motion by the Debtors, MN Airlines, LLC, dba Sun Country Airlines and MN Airline Holdings, Inc. ("MN Holdings"), for an order implementing the Debtors' Second Modified Plan of Reorganization dated September 10, 2010 (the "Confirmed Plan"), and the Court having determined that the relief requested in the motion is in the best interests of Debtor's estate and creditors and that the proposed modification of the plan is warranted under the circumstances,

IT IS HEREBY ORDERED:

1. The Effective Date of the Confirmed Plan is February 23, 2011;

2. Until such time as the U.S. Department of Transportation ("DOT") issues its final approval for Sun Minnesota Domestic Holdings, LLC and Sun Minnesota Foreign Holdings, LLC (collectively, the "Sun Entities") to be owners of the New Common Stock, or MN Holdings shall no longer be subject to the jurisdiction of the DOT because MN Holdings no longer owns an airline, MN Holdings shall hold in escrow any New Common Stock to be issued to the Sun Entities (the "Escrowed Shares"), provided that,

(i) for purposes of voting shares of the New Common Stock and determining rights to distribution on account of the New Common Stock, 1,000,000 shares of New Common Stock shall be deemed to have been issued, (ii) until such final approval by the DOT, Whitebox Advisors, LLC may direct the sale or transfer of the Escrowed Shares to any other party otherwise acceptable to the DOT but may complete such sale or transfer only upon written acceptance by DOT, and (iii) in the event MN Holdings shall make any distributions of cash or any other assets to any holders of New Common Stock on account of the New Common Stock, MN Holdings shall hold the Sun Entities' share of such distributions in escrow and, in the case of cash, shall hold such cash in an interest-bearing account.

3. At such time as MN Holdings is no longer subject to the jurisdiction of the DOT because MN Holdings no longer owns an airline, or DOT provides final approval of the Sun Entities or their transferees being holders of the New Common Stock, MN Holdings shall immediately distribute to the Sun Entities or their transferees their respective shares of the New Common Stock and any cash or other assets to which such shares of New Common Stock may be entitled

Dated:

                                          Robert J. Kressel
                                          United States Bankruptcy Court