# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

MN AIRLINES, LLC                                    Bky. Case No. 08-35197
dba SUN COUNTRY AIRLINES,                           Chapter 11

      Debtor.

In re:

MN AIRLINE HOLDINGS, INC.,                          Bky. Case No. 08-35198
                                                    Chapter 11
      Debtor.

## ORDER TO IMPLEMENT CONFIRMED PLAN

These cases are before the court on the motion of the debtors for an order implementing the debtors' second modified plan of reorganization dated September 10, 2010, and the court having determined that the relief requested in the motion is in the best interests of debtors' estates and creditors and that the proposed modification of the plan is warranted under the circumstances,

IT IS ORDERED:

1. The effective date of the confirmed plan is February 23, 2011;

2. Until such time as the U.S. Department of Transportation issues its final approval for Sun Minnesota Domestic Holdings, LLC and Sun Minnesota Foreign Holdings, LLC (collectively, the "Sun Entities") to be owners of the new common stock, or MN Holdings shall no longer be subject to the jurisdiction of the DOT because MN Holdings no longer owns an airline, MN Holdings shall hold in escrow any new common stock to be issued to the Sun Entities, provided that,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/16/2011*
Lori Vosejpka, Clerk, by LMH

(i) for purposes of voting shares of the new common stock and determining rights to distribution on account of the new common stock, 1,000,000 shares of new common stock shall be deemed to have been issued, (ii) until such final approval by the DOT, Whitebox Advisors, LLC may direct the sale or transfer of the escrowed shares to any other party otherwise acceptable to the DOT but may complete such sale or transfer only upon written acceptance by DOT, and (iii) in the event MN Holdings shall make any distributions of cash or any other assets to any holders of new common stock on account of the new common stock, MN Holdings shall hold the Sun Entities' share of such distributions in escrow and, in the case of cash, shall hold such cash in an interest-bearing account.

3. At such time as MN Holdings is no longer subject to the jurisdiction of the DOT because MN Holdings no longer owns an airline, or DOT provides final approval of the Sun Entities or their transferees being holders of the new common stock, MN Holdings shall immediately distribute to the Sun Entities or their transferees their respective shares of the new common stock and any cash or other assets to which such shares of new common stock may be entitled

Dated: February 16, 2011

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge