# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MN AIRLINES, LLC d/b/a | ) | Case No. 08-35197 (RJK) |
| SUN COUNTRY AIRLINES, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION

TO: All parties in interest as specified in Local Rule 9013-3.

**PLEASE TAKE NOTICE** that based on the Stipulation as docket no. 18 in Adversary Case No. 11-3184 and the Court's Order dated February 28, 2011, docket no. 19, substituting The Sun Country Creditor's Trust as plaintiff in that matter, the Official Committee of Unsecured Creditors (the "Committee") hereby withdraws without prejudice its Motion for an Order Authorizing It To Pursue Claims on Behalf of the Estate of Debtor MN Airlines, LLC *Nunc Pro Tunc* to September 2, 2010, scheduled for hearing on March 2, 2011 at 10:30 a.m.

Dated: March 1, 2011

                                                RICKE & SWEENEY, PA

                                                By: /e/ Larry B. Ricke
                                                      Larry B. Ricke (#121800)
325 Cedar Street, Suite 600
St. Paul, MN 55101
Tel: 651-292-3358

SNR DENTON US LLP
Fruman Jacobson
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606
Tel: 312-876-8000

Carole Neville
Louis A. Curcio
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-768-6700

*Attorneys for the Official Committee of Unsecured Creditors of MN Airlines, LLC d/b/a Sun Country*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

MN Airlines, LLC,                                Case No. BKY 08-35197 (RJK)
d/b/a Sun Country Airlines,                Chapter 11

           Debtor.

---

## CERTIFICATE OF SERVICE

---

The undersigned states under penalty of perjury he caused to be electronically filed the Notice of Withdrawal of Motion for an Order Authorizing It To Pursue Claims on Behalf of the Estate of Debtor MN Airlines, LLC *Nunc Pro Tunc* to September 2, 2010, thereby causing electronic service by CM/ECF at the following e-mail addresses:

| | |
|---|---|
| Daniel C. Beck | dbeck@winthrop.com, tcooke@winthrop.com |
| Roylene A. Champeaux | Roylene.Champeaux@usdoj.gov, Karen.malikowski@usdoj.gov; usamn.ecfbankruptcy@usdodj.gov; nikki.bogren@usdoj.gov |
| Christopher A. Camardello | ccamardello@wintrop.com |
| Gordon B. Conn | conn@kwgc-law.com |
| Peter D. DeChiara | pdchiara@cwsny.com |
| John P. Dillman | Houston_bankruptcy@publicans.com |
| Theresa H. Dykoschak | tdykoschak@faegre.com |
| Michael J. Edelman | mjedelman@vedderprice.com |
| Robert M. Fleischer | rfleischer@pryorcashman.com |
| J. Brian Fletcher | jmail@jessopco.com |
| Michael M. Gavin | mgavin@goslawfirm.com |
| K&L Gates LLP Gearin | Michael.gearin@klgates.com |
| Steven A. Ginther | mn@dor.mo.gov |
| Wesley T. Graham | wgraham@hensonefron.com |
| Andrea H. Handel | andrea.handel@usdoj.gov |
| Steven J. Heim | heim.steven@dorsey.com |
| Carole Clark Isakson | Isakson@kwgc-law.com |
| James A. Lodoen | jlodoen@lindquist.com |
| John I. Karesh | jkaresh@vedderprice.com |
| Eugene J. Kottenstette | bankruptcy.gene@denvergov.org |
| Robert T. Kugler | Robert.kugler@leonard.com |
| Connie Lahn | connie.lahn@fmjlaw.com |
| Thomas Lallier | tlallier@foleymansfield.com |
| Joseph W. Lawver | jlawver@messerlikramer.com |
| Michael L. Meyer | mlmeyer@ravichmeyer.com |
| Joel D. Nesset | jnesset@hinshawlaw.com, akulbeik@hinshawlaw.com |
| John B. Orenstein | jorenstein@rosbizlaw.com |

| | |
|---|---|
| David M. Poitras | dpoitras@jmbm.com |
| Charles W. Ries/Renee Rubish | cw_ries@mrr-law.com; renee_rubish@mrr-law.com |
| Martha A. Romero | romero@mromerolawfirm.com |
| Michael Rosow | mrosow@winthrop.com, jahlers@winthrop.com |
| James A Rubenstein | Rubenstein@moss-barnett.com |
| Allen Saeks | ais1548@leonard.com; |
| Jacob B. Sellers | jsellers@winthrop.com |
| Richard M. Seltzer | rseltzer@cwsny.com |
| Mackenzie Shea | mackenzie.shea@klgates.com; chad.dale@klgates.com |
| Stephen C. Stapleton | ssstapleton@dykema.com |
| Will R. Tansey | wrtansey@ravichmeyer.com |
| U.S. Trustee | ustpregion12.mn.ecf@usdog.gov |
| Thomas G Wallrich | twallrich@hinshawlaw.com, jpierce@hinshawlaw.com; akulbeik@hinshawlaw.com; jaudette@hinshawlaw.com |
| Cass S. Weil | weilc@moss-barnett.com |
| Elizabeth Weller | bethw@ubicans.com, dallas.bankruptcy@publicans.com |
| Sarah J. Wencil | sarah.j.wencil@usdoj.gov |

**And by email as follows**:

| | |
|---|---|
| James Armstrong | james.armstrong@menziesaviation.com |
| Kathy Bailey | jcaceres@baileylawgroup.com |
| E. Banda | arlbank@pbfcm.com |
| Edward A. Cahill | ecahill@san.org |
| James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| J. Divack | jdivack@hahnhessen.com |
| John Fredericksen | john.fredericksen@suncountry.com |
| Matthew A. Gold | matthew@argopartners.net |
| Roy S. Kobert | rkobert@broadandcassel.com |
| Lee Marable | lee.marable@diadenver.net |
| Frank F. McGinn | ffm@bostonbusinesslaw.com |
| W. Pawlyshyn | billpawlyshyn@eleventwenty.com |
| D. Uphoff | duphoff@lindquist.com |
| Damon Walker | damon.walker@dot.gov |
| Michael Wietecki | Mwietecki@whiteboxadvisors.com |

And sent via U.S. Mail as follows:

| | |
|---|---|
| John B. Orenstein<br>Ross & Orenstein LLC<br>Campbell Mithun Tower<br>222 South ninth Street, Suite 470<br>Minneapolis, MN  55402 | David A. Orenstein<br>Barnes & Thurnburg LLP<br>222 South Sixth Street, Suite 2800<br>Minneapolis, MN  55402 |
| Delta Airlines<br>Attn: Officer Authorized to Accept Service<br>P.O. Box 101153<br>Atlanta, GA 30392-1153 | American Express Corporate Card<br>Attn: Officer Authorized to Accept Service<br>P.O. Box 0001<br>Los Angeles, CA  90096-0001 |

| | |
|---|---|
| REV Solutions Inc.<br>Attn: Officer Authorized to Accept Service<br>10400 Viking Drive<br>Eden Prairie, MN 55344 | DFAS-CO/FPS/F<br>Attn: Officer Authorized to Accept Service<br>P.O. Box 182204<br>Columbus, OH 43218 |
| Aeritae Consulting Group Ltd.<br>Attn: Officer Authorized to Accept Service<br>380 Jackson Street<br>St. Paul, MN 55101 | Worldspan<br>Attn: Officer Authorized to Accept Service<br>300 Galleria Parkway NW<br>Atlanta, G 30339-3196 |
| America S TPA<br>Attn: Officer Authorized to Accept Service<br>7201 West 78th Street<br>Bloomington, MN 55439 | Port of Seattle<br>Attn: Officer Authorized to Accept Service<br>P.O. Box 34249-1249<br>Seattle, WA 98124-1249 |
| Minnesota Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy/P.O. 64447<br>St. Paul, MN 55164 | Internal Revenue Service<br>Attn: Special Procedures<br>Wells Fargo Pl., Stop 5700<br>30 East Seventh<br>St. Paul, MN 55101 |
| IRS District Counsel<br>650 Galtier Plaza<br>380 Jackson Street<br>St. Paul, MN 55101 | US Attorney<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 |
| Hallmark Aviation Services<br>Attn: Jim Chappell<br>5757 W. Century B2 Ste. 860<br>Los Angeles, CA 90045 | CBS Outdoor (Viacom Outdoor)<br>Attn: Officer Authorized to Accept Service<br>P.O. Box 33074<br>Newark, NJ 07188-0074 |
| Van Paper Company<br>Attn: Officer Authorized to Accept Service<br>2107 Stewart Avenue<br>St. Paul, MN 55116 | Visiality Inc.<br>Attn: Officer Authorized to Accept Service<br>14880 45th Avenue North<br>Plymouth, MN 55446 |

Dated: March 1, 2011         /e/ Larry B. Ricke