# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

MN AIRLINES, LLC d/b/a            BKY 08-35197 (RJK)
SUN COUNTRY AIRLINES,

           Debtor.

## ORDER APPROVING SETTLEMENT AGREEMENT

This case is before the court on the motion of the Sun Country Creditors Trust seeking approval of a settlement agreement pursuant to § 6.2 of the Sun Country Creditors Trust Agreement dated as of February 23, 2011 as provided for in the debtor's Second Modified Joint Plan of Reorganization dated September 10, 2010. Based on the motion and the file,

IT IS ORDERED:

1. The motion is granted.

2. The settlement agreement is approved.

Dated: August 24, 2011            /e/ Robert J. Kressel
           Robert J. Kressel
           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/24/2011*
Lori Vosejpka, Clerk, by LMH